Major CALHOUN, Plaintiff-Appellant,

v.

CORIZON CORRECTIONAL HEALTH CARE; Roschell Davis, Health Services Administrator, Individually and Officially; Kendis Archer, Medical Director (Former), Individually and Officially; Thomas Kevin Bredeman, Individually and Officially, Defendants-Appellees.

No. 16-4373

United States Court of Appeals, Eighth Circuit.

Submitted: September 29, 2017

Filed: October 4, 2017

Major Calhoun, Pro Se

Jessica L. Liss, Amy J. White, Jackson & Lewis, Saint Louis, MO, for Defendants-Appellees

Before WOLLMAN, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Missouri inmate Major Calhoun filed this 42 U.S.C. § 1983 action claiming defendants showed deliberate indifference to his serious medical needs with regard to the treatment Calhoun received for his

---

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.

injured right wrist. The district court[1] granted defendants' motion for summary judgment upon finding that the record established, at most, negligence. Following careful de novo review of the record, which included evidence showing that Calhoun consistently received care when he sought treatment and that he eventually underwent a recommended surgical procedure to treat his symptoms, we agree with the district court that defendants are entitled to summary judgment and therefore affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District